[No. 26919-8-II.   Division Two.   March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN ERIC LUNDEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01471-4, Terry K. McCluskey and M. Karlynn Haberly, JJ., entered January 18, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 27448-5-II.   Division Two.   March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY LEROY RAMSEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00166-8, Roger A. Bennett, J., entered April 25, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 45605-9-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06452-4, Dean Scott Lum, J., entered October 15, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45889-2-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. J.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03107-7, Ronald Kessler, J., entered December 13, 1999. *Dismissed* by unpublished per curiam opinion.